UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH CARSON,

                Petitioner,                  **ORDER**

    -against-                          23 Civ. 6776 (KMK)(JCM)

T. McGUINNESS,

                Respondent.
------------------------------------------------------------X

    On January 16, 2024, Petitioner Joseph Carson, proceeding *pro se*, submitted a reply, (the "Reply"), (Docket No. 15), in support of his Petition for a writ of habeas corpus (the "Petition"), (Docket No. 1). The Reply raises new arguments that were not included in the Petition, including, among other things, that: (1) the District Attorney of Orange County, New York, on behalf of Respondent T. McGuinness ("Respondent"), waived arguments it presented in opposition to the Petition by not making them previously on direct appeal; and (2) the trial judge was unfairly biased against Petitioner. (Docket No. 15 at 23-25).

    Accordingly, Respondent is directed to file a supplemental brief by June 5, 2024, addressing these arguments, and any others Petitioner raised for the first time in the Reply. The Clerk is respectfully directed to mail a copy of this Order to Petitioner.

Dated:  May 22, 2024
          White Plains, New York

                                                        **SO ORDERED:**

                                                                JUDITH C. McCARTHY
                                                                United States Magistrate Judge